IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KUANG-BAO P. OU-YOUNG,

    Plaintiff,

    v.

JOHN G. ROBERTS, et al.,

    Defendants.

No. C 14-80030 JSW

**ORDER RE PRE-FILING REVIEW AND DISMISSING COMPLAINT**

The Court is under the obligation to pre-review the complaint filed by Kuang-Bao P. Ou-Young on February 6, 2014. On December 20, 2013, in *Ou-Young v. Roberts, et al.*, C 13-4442 EMC, Plaintiff was declared a vexatious litigant. Therefore, before filing any more actions of a similar nature, Plaintiff must seek leave of court. The allegations in Ou-Young's complaint filed on February 6, 2014 again fail to state a claim that is cognizable. Therefore, leave to file is DENIED and this matter is DISMISSED.

**IT IS SO ORDERED.**

Dated: March 26, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KUANG-BAO P. OU-YOUNG,

    Plaintiff,

 v.

JOHN G. ROBERTS, JR. et al,

    Defendant.

Case Number: CV14-80028 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 26, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kuang-Bao P. Ou-Young
1362 Wright Avenue
Sunnyvale, CA 94087

Dated: March 26, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk